UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Xing Dong Zhang, et al.,

                    Plaintiffs,

-against-

Ken's Sushi Bistro Inc., et al.,

                    Defendants.

1:19-cv-02594 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with an Order issued by the undersigned on November 1, 2019, counsel were instructed to file a joint letter with the Court no later than December 2, 2019 "regarding the status of discovery." (ECF No. 41.) To date, no letter has been filed and the parties are once again delinquent in complying with the Court's Orders.

The parties shall as soon as possible, but no later than Friday December 6, 2019, provide a joint letter regarding the status of discovery.

In addition, the parties are once again admonished that if they fail to comply with Court Orders and deadlines, they may face sanctions.

**SO ORDERED.**

DATED:    New York, New York
               December 4, 2019

_____
STEWART D. AARON
United States Magistrate Judge