UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Xing Dong Zhang, et al.,

                         Plaintiffs,

-against-

Ken's Sushi Bistro Inc., et al.,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2020

1:19-cv-02594 (SDA)

ORDER SCHEDULING FINAL
<u>PRETRIAL CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

       The parties are directed to appear for a final pretrial conference on Tuesday, MAy 12, 2020 at 10:00 a.m. in Courtroom 11C, 500 Pearl Street, New York, NY 10007. The parties shall be prepared to discuss any dispositive motions, a trial date, and the Joint Pretrial Order required by Section IV.B of Judge Aaron's Individual Practices.

**SO ORDERED.**

DATED:    New York, New York
              February 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge