UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Xing Dong Zhang, et al.,

                         Plaintiffs,

-against-

Ken's Sushi Bistro Inc., et al.,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2020

1:19-cv-02594 (SDA)

ORDER RESCHEDULING FINAL
<u>PRETRIAL CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

In light of recent public health developments, the previously scheduled final pretrial conference on May 12, 2020 at 10:00 a.m. (*see* ECF No. 48) shall be conducted by telephone rather than in person. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

The parties shall still be prepared to discuss any dispositive motions, a trial date, and the Joint Pretrial Order required by Section IV.B of Judge Aaron's Individual Practices.

**SO ORDERED.**

DATED:      New York, New York
               April 21, 2020

                                             _____
                                             STEWART D. AARON
                                             United States Magistrate Judge