UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Xing Dong Zhang, et al.,

                      Plaintiffs,

-against-

Ken's Sushi Bistro Inc., et al.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2020

1:19-cv-02594 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      Following a telephone conference with the parties, it is hereby Ordered that, no later than Wednesday, July 15, 2020, the parties shall email to Chambers three proposed dates and times for a settlement conference. It is further Ordered that the deadlines for pretrial submissions, set forth in the Court's Individual Practices, are adjourned *sine die*.

**SO ORDERED.**

DATED:    New York, New York
              July 8, 2020

                                                      _____
                                                      STEWART D. AARON
                                                      United States Magistrate Judge